IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-15563-amc |
|     Lori L. Rosati | : Chapter 13 |
| | : |
| HomeBridge Financial Services, Inc. | : |
|        Movant | : |
| | |
|       vs. | |
| | : |
| Lori L. Rosati | : |
|        Debtor/Respondent | : |
| | : |
| | : |
| | : |
|     and | : |
| | : |
| William C. Miller, Esquire | : |
|        Trustee/Respondent | : |

**CERTIFICATION OF SERVICE OF MOTION,
RESPONSE DEADLINE AND HEARING DATE**

    I, Danielle Boyle-Ebersole, attorney for the Movant, HomeBridge Financial Services, Inc. hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **April 24, 2017** upon the following:

Paul H. Young
Via ECF
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

Lori L. Rosati
197 Appletree Drive
Levittown, PA 19055
Via First Class Mail
*Debtor*

Dated: 4/24/2017

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121