UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| LORI ROSATI | : | 5/16/17, 11:00 A.M. |
| | : | Courtroom # 5 |
| | : | |
| | : | Case No. 14-15563-AMC |

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. Debtor denies that she has failed to make the stated payments as listed and avers that Movant is holding payment(s) in abeyance without crediting her account. However, if debtor has missed any payments, she wishes to enter into a stipulation allowing her to repay any post-petition arrears.

8. Admitted.

9. Admitted.

10. Denied.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay, or in the alternative approve a

stipulation permitting the Debtors to become current on any missed post-petition payments.

                                                   Respectfully Submitted,

                                                   YOUNG, MARR & ASSOCIATES

By:        /s/Paul H. Young
             Paul H. Young, Esquire
             Attorney for Debtors
             3554 Hulmeville Road, Suite 102
             Bensalem, PA 19020
             (215) 639 - 5297