# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   LORI L. ROSATI          :   CHAPTER 13
                                 :
       Debtors                   :   BANKRUPTCY NO. 14-15563

## ORDER

AND NOW, this 14th day of November, 2017, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Second Amended Plan.

_____
Ashely M. Chan
United States Bankruptcy Judge