```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

```
In re:                                                      Case No. 14-15563-amc
Lori L. Rosati                                              Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: PaulP              Page 1 of 1         Date Rcvd: Nov 14, 2017
                             Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db             +Lori L. Rosati,    197 Appletree Drive,    Levittown, PA 19055-1248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    HomeBridge Financial Services, Inc.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Lori L. Rosati support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              THOMAS I. PULEO    on behalf of Creditor    HomeBridge Financial Services, Inc.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    LORI L. ROSATI            :    CHAPTER 13
                                    :
         **Debtors**                :    BANKRUPTCY NO. 14-15563

**ORDER**

AND NOW, this 14th day of November, 2017, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Second Amended Plan.

_____
Ashely M. Chan
United States Bankruptcy Judge