# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | Case No. 14-15563-amc |
| | Chapter 13 |
| Lori L. Rosati | |
| Debtor(s) | |

## REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK, DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on behalf of Homebridge Financial Services, Inc. ("Secured Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**Marinosci Law Group, P.C.**
**ATTN:  Bankruptcy Department**
**100 West Cypress Creek Road, Suite 1045**
**Fort Lauderdale, FL 33309**

**MARINOSCI LAW GROUP, P.C.**
Authorized Agent for Secured Creditor
100 W Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 332-9473
Fax: (954) 772-9601
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic DiSpigna
_____
FREDERIC DISPIGNA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Request for Notice has been served electronically or via U.S. Mail, first-class postage prepaid, to the parties listed below on March 8, 2018

Lori L. Rosati
197 Appletree Drive
Levittown, PA 19055

Paul H. Young
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**MARINOSCI LAW GROUP, P.C.**
Authorized Agent for Secured Creditor
100 W Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 332-9473
Fax: (954) 772-9601
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic DiSpigna

_____
FREDERIC DISPIGNA