# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-15563 AMC |
| Lori L. Rosati | : Chapter 13 |
|     Debtor | : |
| | : |
| HomeBridge Financial Services, Inc. | : |
|     Movant | : |
|   vs. | : |
| | : |
| Lori L. Rosati | : |
|     Debtor/Respondent | : |
| | : |
|   and | : |
| | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

## NOTICE OF CHANGE OF ADDRESS FOR CLAIM 1

Claim 1 filed by HomeBridge Financial Services, Inc. in the amount of $182,429.69 has a change of address:

> HomeBridge Financial Services, Inc.
> c/o Cenlar, FSB
> 425 Phillips Blvd.
> Ewing, NJ 08618

Please send all payments and notices to the above address.

> Respectfully Submitted,
>
> /s/ Danielle Boyle-Ebersole, Esquire
> Danielle Boyle-Ebersole, Esquire
> Hladik, Onorato & Federman, LLP
> 298 Wissahickon Avenue
> North Wales, PA 19454
> Phone 215-855-9521
> Email: debersole@hoflawgroup.com

Date:  March 21, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-15563 AMC |
| Lori L. Rosati | : Chapter 13 |
| Debtor | : |
| | : |
| HomeBridge Financial Services, Inc. | : |
| Movant | : |
| vs. | : |
| | : |
| Lori L. Rosati | : |
| Debtor/Respondent | : |
| | : |
| and | : |
| | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

## CERTIFICATE OF SERVICE

I, Danielle Boyle-Ebersole, Esquire, hereby certify that on **March 21, 2019** I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Paul H. Young, Esquire
Via ECF
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

Lori L. Rosati
197 Appletree Drive
Levittown, PA 19055
Via First Class Mail
*Debtor*

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: debersole@hoflawgroup.com