United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15563-amc
Lori L. Rosati                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1           Date Rcvd: Jul 18, 2019
                             Form ID: 138NEW           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db            +Lori L. Rosati,   197 Appletree Drive,    Levittown, PA 19055-1248
cr            +Homebridge Financial Services, Inc.,    Marinosci Law Group, P.C.,    c/o Frederic DiSpigna,
               100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
13401142      +Cenlar, FSB,   Attn: Payment Processing,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13345323      +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13634594      +HomeBridger Financial Services, Inc.,    c/o Cenlar, FSB,    425 Phillips Blvd.,
               Ewing, NJ 08618-1430
13345324      +Jill P. Jenkins, Esquire,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
13345325      +N J L & P S Credit Un,    225 E State St # Cn169,    Trenton, NJ 08608-1800
13456114      +N.J.L. & P.S. Credit Union,    229 Broad St.,    PO Box 610,    Red Bank, NJ 07701-0610
13345326      +Real Estate Mortgage Network Inc.,    425 Phillips Blvd.,    Trenton, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:31      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:47:07
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2019 02:47:26      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13345322      +E-mail/Text: kzoepfel@credit-control.com Jul 19 2019 02:47:20      Central Loan Admin & R,
               425 Phillips Blvd.,    Ewing, NJ 08618-1430
13459016       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2019 03:11:48
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                        TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                              Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Real Estate Mortgage Network, Inc.
              agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   HomeBridge Financial Services, Inc.
              debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Lori L. Rosati support@ymalaw.com,   ykaecf@gmail.com,
              paullawyers@gmail.com,pyoung@83562@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor   HomeBridge Financial Services, Inc.
              tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
              philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lori L. Rosati

                    Debtor(s)                                          Bankruptcy No: 14−15563−amc

                                                                       Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                              Suite 400
                              Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                   For The Court
                                                   Timothy B. McGrath
                                                   Clerk of Court

Dated: 7/18/19

                                                                       63 − 62
                                                                       Form 138_new