United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-15563-amc
Lori L. Rosati                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi          Page 1 of 1            Date Rcvd: Jul 18, 2019
                             Form ID: 212         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db            +Lori L. Rosati,   197 Appletree Drive,    Levittown, PA 19055-1248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    HomeBridge Financial Services, Inc.
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Lori L. Rosati support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    HomeBridge Financial Services, Inc.
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                             Chapter: 13

    Lori L. Rosati

Debtor(s)                                    Case No: 14−15563−amc

___

*ORDER*

     AND NOW, 7/18/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

     And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

       ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

       ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                                    For The Court

                                                                                    Ashely M. Chan

                                                                                    Judge ,United States Bankruptcy Court